[No. 19026-9-III. Division Three. May 31, 2001.]

ROBERT LAPO, *Appellant*, v. AVALON MUSIC, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00383-5, John E. Bridges, J., entered December 15, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19240-7-III. Division Three. May 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE WELKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00862-0, Craig J. Matheson, J., entered March 31, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 25855-2-II. Division Two. June 1, 2001.]

LONNELL BENNETT, *Appellant*, v. THE WASHINGTON STATE PATROL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00563-4, Wm. Thomas McPhee, J., entered April 3, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25888-9-II. Division Two. June 1, 2001.]

*In the Matter of the Detention of* M.V.M.
*In the Matter of the Detention of* M.V.M., *Appellant*, v. CLIFFORD TARTALIA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-6-00916-1, Arthur W. Verharen, J., entered March 23, 2000. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J.; Quinn-Brintnall, J., concurring in the result only.